# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

JAIRO GOMEZ PALADA,                )
                                   )
    Plaintiff,                     )          CIVIL ACTION FILE NO:
                                   )
vs.                                )
                                   )
WILLIAM LEWIS, and                 )
CHRISTENSON                        )
TRANSPORTATION, INC.               )
                                   )
    Defendants.                    )
_____    )

## NOTICE OF REMOVAL

COME NOW defendant Christenson Transportation, Inc. ( "Defendant") and file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully showing this Court the following:

1.

On February 6, 2026, Plaintiff Jairo Gomez Palada ("Plaintiff") filed suit against Defendants in the Superior Court of Bartow County, State of Georgia. (A copy of the complaint is attached hereto as Exhibit "A").

2.

In his complaint, Plaintiff seeks to recover personal injuries allegedly sustained as a result of a January 22, 2025 motor vehicle accident that occurred off an I-75 ramp in Bartow County, Georgia (Exhibit A, ¶¶ 10, 11.)

3.

Plaintiff's complaint alleges he has undergo medical treatment and incurred medical costs and expenses currently totaling $53,994.98 (Exhibit A, ¶19(c)).

4.

In addition to at least $53,994.98 in past medical expenses incurred at the time of filing suit, Plaintiff also seeks to recover past, present, and future treatment expenses; past, present, and future pain and suffering; past, present, and future loss of ability to enjoy life; past, present, and future lost wages; expenses of litigation, and all other damages allowed by Georgia law. (Id. at ¶28).

5.

Accordingly, it is fair and reasonable to conclude that the amount in controversy exceeds $75,000 based on "reasonable deductions, reasonable inferences, [and] other reasonable extrapolations." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010).

6.

Under 28 U.S.C. § 1446(b)(3), a defendant may file a notice of removal within thirty days of receipt through service or otherwise of an amended, pleading, motion, order, or other paper from which it first may be ascertained that the case is or has become removable.

7.

On June 12, 2026, Plaintiff filed an Affidavit of Service of the Summons after serving a copy of the summons and complaint on the registered agent for the Defendant on June 5, 2026. A copy of the Affidavit of Service is attached hereto as Exhibit "B".

8.

Therefore, as this notice of removal was filed within 30 days of formal service, this removal is timely. <u>See</u> 28 U.S.C. 1446(b); <u>Murphy Bros. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 347–48 (1999).

9.

According to Georgia's Motor Vehicle Crash Report and Complaint, Plaintiff is a resident and citizen of Calhoun, Georgia 30701. A copy of the subject report is attached hereto as Exhibit "C".

10.

Defendant Christenson Transportation, Inc. is a Missouri corporation with its principal place of business located at 2301 W Old Route 66 Strafford, Missouri 65757, as shown by the entity's corporate entry with the Missouri Secretary of State, a copy of which is attached as Exhibit "D".

11.

Defendant William Lewis is a citizen of the State of Kentucky, as shown by the Affidavit of Service filed on March 17, 2026, confirming Defendant Lewis was properly served at his home address located at 124 Florence Court, Nicholasville, Kentucky 40356.  A copy of this Affidavit of Service is attached hereto as Exhibit "E".

12.

This Court has diversity jurisdiction over the suit under 28 U.S.C. § 1332 because (1) plaintiff and defendants are citizens of different states; and (2) the amount in controversy exceeds $75,000, exclusive of interests and costs.

16.

Attached hereto as Exhibit "F" and made a part hereof by reference is a true copy of the Notice of Removal filed by defendants in the State Court of Bartow County, Georgia.

17.

Attached hereto as Exhibit "G" are copies of all pleadings served upon defendant in this case.

WHEREFORE, defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Rome Division.

This 2nd day of July, 2026.

**MARSH ATKINSON & BRANTLEY, LLC**

*/s/  Benjamin J. Yancey*

Benjamin J. Yancey
Georgia Bar No. 886446
Robert P. Thrower
Georgia Bar No. 800195
*Attorneys for Defendants*

271 17th Street, NW, Suite 1600
Atlanta, GA  30363
404.282.5050 [phone]
404.282.3030 [facsimile]
ben.yancey@mablawfirm.com
rob.thrower@mablawfirm.com

-5-

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing *Defendants' Notice*

*of Removal* upon all parties of record via the Court's electronic filing system, or by

depositing a copy in the United States mail in an envelope with sufficient postage

to all counsel of record.

This 2nd day of July, 2026.

**MARSH ATKINSON & BRANTLEY, LLC**

*/s/ Benjamin J. Yancey*
Benjamin J. Yancey
Georgia Bar No. 886446
Robert P. Thrower
Georgia Bar No. 800195
*Attorneys for Defendants*

271 17th Street, NW, Suite 1600
Atlanta, GA  30363
404.282.5050 [phone]
404.282.3030 [facsimile]
ben.yancey@mablawfirm.com
rob.thrower@mablawfirm.com